AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| | ) | |
| **Jaskaranjeet SINGH** | ) | Case No.    8:26-PO-35 (ML) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date(s) of April 10, 2026, in the county of Franklin in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(a)(1) | In that the defendant, an alien, entered the United States at any time or place other than as designated by immigration officers. |

This criminal complaint is based on these facts:

☒    Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Sean Carty, HSI
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    April 20, 2026

_____
*Judge's signature*

City and State:    Binghamton, NY

Hon. Miroslav Lovric, U.S. Magistrate Judge
_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No.    8:26-PO-35 (ML) |
| | ) | |
| **v.** | ) | Affidavit in Support of Criminal Complaint |
| | ) | |
| **JASKARANJEET SINGH,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

I, Sean Carty, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.    I am a Special Agent ("SA") employed by the Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI") and have been since November 2022. I am currently assigned to the HSI Border Enforcement Security Taskforce ("BEST") in Massena, New York. BEST is tasked with the enhancement of border security by fostering coordinated efforts among federal, state, and local border and law enforcement officials to protect United States' border cities and communities from transnational crime, including but not limited to drug trafficking, arms smuggling, bulk cash smuggling, human trafficking and smuggling, violence, and kidnapping along and across the international borders of the United States. I am a graduate of the Criminal Investigator Training Program and the HSI Special Agent Training located at the Federal Law Enforcement Training Center in Glynco, Georgia. As an HSI SA, I have received training in investigating violations of federal statutes, including but not limited to narcotics smuggling and distribution, money laundering and bulk cash smuggling, human smuggling and arms smuggling.

2.    Through my training and experience, I have become familiar with the U.S Immigration and Naturalization Act (INA), and violations of Title 8 of the U.S Code. I have been

involved in investigations pertaining to alienage and nationality. I have initiated or supported investigations pertaining to illegal entry of aliens into the United States, issuing notices of inspection and identification and removal of criminal aliens. I have initiated or assisted with immigration operations, including those at Ports of Entry.

3.      I make this application based upon my personal knowledge and upon information received by me from other law enforcement officials.  The statements of fact contained in this attached sheet are based upon my personal knowledge, participation in the investigation, information provided by other law enforcement agencies, analysis of documents, and my experience and training as a Special Agent.  As a result of my participation in this investigation, I am fully familiar with the facts and circumstances of the investigation.

**<u>PROBABLE CAUSE</u>**

4.      On April 9, 2026, HSI Massena received information from Akwesasne Mohawk Police Service (AMPS) regarding an accident involving a Sea Doo jet ski ("the Sea Doo") that occurred during the evening of April 8, 2026. The investigation so far has revealed that a smuggler ("the Smuggler") drove a Sea Doo across the St. Lawrence River with at least one passenger, who has since been identified as Jaskaranjeet SINGH, an alien and citizen of India.  During the smuggling attempt, the Smuggler hit an object in the river and fell off the Sea Doo. After hearing cries for help, two civilians rescued the Smuggler and SINGH from the water.  When SINGH recovered from his time in the water, he left the civilians in Snye, Quebec, and illegally entered the Northern District of New York.  The following information received from AMPS is based on dispatch logs, recorded witness interviews, camera recordings and physical evidence obtained to date.

5.      At approximately 5:19 PM on April 8, 2026, AMPS received a report that the Sea Doo was being launched into the St Lawrence River at a boat launch in Akwesasne, Quebec. The utility vehicle that launched the Sea Doo contained two or three people. When the Sea Doo entered the river, a witness observed a single person getting onto the Sea Doo with a string backpack. The Sea Doo departed in an unknown direction.

6.      At approximately 8:40 PM, AMPS dispatch received a call from another witness in Akwesasne, QC, who heard a male screaming for help for approximately five minutes from the river area near the witness' house. The witness heard a loud engine on the river. A short time later, the screams stopped.

7.      At approximately 8:51 AMPS located the Sea Doo in the St. Lawrence River in front of Adams Marina. It was running and moving in circles with no occupants on it.

8.      At approximately 9:13 PM, an Indian male, later identified as SINGH, pushed a ring camera doorbell at a residence in Akwesasne, QC. Recorded footage provided to law enforcement shows SINGH standing in front of the residence and holding a cellphone in his hand. SINGH ran away from the residence. Subsequent DHS database queries returned a positive facial recognition on a US Visa application submitted March 16, 2026, for Jaskaranjeet SINGH, a citizen of India. SINGH stated on the Visa application that he was a student in Canada. The Visa application was refused on March 25, 2026.

9.      On April 9, 2026, AMPS interviewed a witness who had contact with the Smuggler who stated the following in sum and substance.  At approximately 11:30 p.m. on April 8th, a neighbor arrived at the witness' house with the Smuggler and told the witness that he/she had just pulled the Smuggler out of the river.  The Smuggler was soaking wet and exclaimed "help me!" as he laid on the floor. After the Smuggler warmed up, he said he had been driving an unspecified

watercraft and hit an unidentified object in the river. The Smuggler said he was knocked into the water and lost consciousness.

10.    The following morning, April 9th, another neighbor arrived at the same witness' house, and a conversation ensued in which the witness learned that his neighbors rescued the Smuggler and SINGH from the river and brought them to the neighbors' residence to warm up. One neighbor brought the Smuggler to the witness as detailed in Paragraph 9. Sometime later that same evening, SINGH began coughing up water and regained consciousness. Shortly thereafter, SINGH left on foot and disappeared into the nearby tree line.

11.    The witness gave AMPS a trash bag containing a black and gray backpack, which the witness said belonged to "the guy" the witness' neighbors pulled from the river. Inside the backpack, AMPS found an Apple iPhone and an Apple iPad. The bag also contained what appears to be an official school transcript with SINGH's full name and picture matching the male appearing on the ring camera footage from April 8th.

12.    As noted above, SINGH applied for a visa to enter the United States on March 16, 2026. That application was denied on March 25, 2026. In the application paperwork, SINGH listed a telephone number which is still active. Canadian law enforcement informed HSI that a ping on that telephone number showed it was on the United States side of the international border, in Franklin County, on April 10, 2026.

13.    On April 14, 2026, a woman entered the United States Port of Entry ("POE") in Massena, New York driving a car registered to an Indian national who is currently a visa overstay in the United States.  The woman was referred to secondary inspection where, after waiving her *Miranda* rights, she was interviewed.  In her cellphone, agents found a text exchange from April 8 and April 9 regarding the Sea Doo accident in which a third party informed the woman, "don't

worry he is safe" "he is my guy don't worry he reach platt," which is short for Plattsburgh, New York. The third party commented on the Ski Doo and that it "drop him in the river." The third party stated, "other guys coming and bring them and drop in land then car coming and picking up."

14.     Snye, Quebec, where SINGH was taken after falling into the river, connects to the Northern District of New York (NDNY) by land. People can travel freely between Snye and NDNY without crossing a POE. On April 10, 2026, SINGH's cellphone was located over the international border in Franklin County in the Northern District of New York. Text messages related to the accident indicate that SINGH traveled to Plattsburgh, New York. SINGH was denied a visa application in late March 2026, and, according to records checks, SINGH has relatives in New Jersey. Based on the totality of these circumstances, probable cause exists to believe that SINGH, an alien and Indian national, entered the United States at a time and place other than as designated by immigration officials, specifically that he entered the Northern District of New York from Canada on or about April 10, 2026.

## CONCLUSION

15.     Based on the foregoing, I request that the Court issue the proposed complaint charging SINGH with violating Title 8, United States Code, Section 1325(a)(1).

_____
Sean Carty
Special Agent, HSI

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure this 20th day of April, 2026.

_____
Hon. Miroslav Lovric
U.S. Magistrate Judge